O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | SA 08-39M |
| ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| ) | (18 U.S.C. § 3142(i)) |
| LEONARDO BONOLA-SEVALOS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

I.

A. ( ) On motion of the Government involving an alleged

   1. ( ) crime of violence;

   2. ( ) offense with maximum sentence of life imprisonment or death;

   3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

      (21 U.S.C. §§ 801,/951, et. seq.,/955a);

   4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

   1. (X) serious risk defendant will flee;

   2. ( ) serious risk defendant will

      a. ( ) obstruct or attempt to obstruct justice;

      b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

|    |                                                                                                           |
|----|-----------------------------------------------------------------------------------------------------------|
| 1  | II.                                                                                                       |
| 2  | The Court finds no condition or combination of conditions will reasonable assure:                         |
| 3  | A. ( X )   appearance of defendant as required; and/or                                                    |
| 4  | B. ( ) safety of any person or the community;                                                             |
| 5  | III.                                                                                                      |
| 6  | The Court has considered:                                                                                 |
| 7  | A. ( x ) the nature and circumstances of the offense;                                                     |
| 8  | B. (x) the weight of evidence against the defendant;                                                      |
| 9  | C. (x) the history and characteristics of the defendant;                                                  |
| 10 | D. ( ) the nature and seriousness of the danger to any person or to the community.                        |
| 11 | IV.                                                                                                       |
| 12 | The Court concludes:                                                                                      |
| 13 | A. ( ) Defendant poses a risk to the safety of other persons or the community because:                    |
| 14 |                                                                                                           |
| 15 | B. (x )   History and characteristics indicate a serious risk that defendant will flee because:           |
| 16 | **Defendant is undocumented.  He has no ties to the community and no bail**                               |
| 17 | **resources.**                                                                                            |
| 18 |                                                                                                           |
| 19 | C. ( ) A serious risk exists that defendant will:                                                         |
| 20 | 1. ( )   obstruct  or  attempt to  obstruct  justice;                                                     |
| 21 | 2. ( )   threaten, injure or intimidate a witness/ juror; because:                                        |
| 22 |                                                                                                           |
| 23 | D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption                  |
| 24 | provided in 18 U.S.C. § 3142 (e).                                                                         |
| 25 | ///                                                                                                       |
| 26 | ///                                                                                                       |
| 27 | ///                                                                                                       |
| 28 | ///                                                                                                       |

1      IT IS ORDERED that defendant be detained prior to trial.

2      IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4      IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

8 Dated: February 1, 2008

Marc L. Goldman
U.S. Magistrate Judge